UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV18-9774-CBM-(PLAx) | Date | November 20, 2020 |
| Title | Hera Print, Inc. v. Charlotte Russe, Inc. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE: FAILURE TO FILE STATUS REPORT**

This action was filed on November 20, 2018, but was automatically stayed as a result of Defendant's bankruptcy proceedings. (*See* Dkt. No. 12.) The Court ordered a status report re: the bankruptcy proceedings be filed no later than October 9, 2020. (Dkt. No. 19.) No report was filed.

Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than December 2, 2020** why sanctions should not be imposed for failure to file a status report as ordered by the Court. If a joint report is not feasible, Plaintiff may file its own status report regarding its attempts to meet and confer and the status of the bankruptcy proceedings. A status report filed by December 2, 2020 shall be deemed an adequate response to this order to show cause.

**IT IS SO ORDERED.**