UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV18-9774-CBM-(PLAx) | Date | June 2, 2023 |
| Title | Hera Print, Inc. v. Charlotte Russe, Inc. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDERS**

This action was filed on November 20, 2018, but was automatically stayed as a result of Defendant's bankruptcy proceedings. (*See* Dkt. No. 12.)

Since December 3, 2021, the Court has issued three orders ordering the parties to file a joint status report (*see* Dkt. Nos. 37-39), but no report has been filed. On January 9, 2023, and March 1, 2023, the Court further ordered Plaintiff to file a status report (*see* Dkt. Nos. 40, 41), but no report was filed by Plaintiff.

Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than June 16, 2023** why this case should not be dismissed without prejudice for failure to comply with the Court's orders. *See* Fed. R. Civ. Proc. 41. The filing of a joint status report, or if a joint report is not feasible, Plaintiff's filing of its own status report regarding its attempts to meet and confer and the status of the bankruptcy proceedings by June 16, 2023 shall be deemed an adequate response to this order to show cause.

**IT IS SO ORDERED.**